UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SHIQIANG GAO,
*On behalf of himself and on behalf of others similarly situated*,
          Plaintiff,

    -against-

A CANAAN SUSHI INC., et al.,

          Defendants.

------------------------------------------------------------x

18-CV-6442 (GBD) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On December 10, 2019, the Court granted in part and denied in part Plaintiff's Motion for Conditional Collective Certification. (ECF 36). After the Court rejected Plaintiff's first revised Proposed Notice of Pendency, the Court ordered Plaintiff to submit another revised proposed notice, which the parties jointly submitted on December 31, 2019. (ECF 39-1).

After reviewing the parties' joint revised proposed notice, it is **HEREBY ORDERED** that:

The Proposed Notice of Pendency at ECF 39-1 is **APPROVED.**

**SO ORDERED.**

Dated: January 2, 2020
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge