UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SHIQIANG GAO,
*On behalf of himself and on behalf of others similarly situated*,
                 Plaintiff,

-against-

A CANAAN SUSHI INC., et al.,

                 Defendants.
------------------------------------------------------------x

18-CV-6442 (GBD) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On January 28, 2020, the Court ordered Defendants to file a response to Plaintiff's letter motion to compel, ECF 41, by January 31, 2020. (ECF 42). To date, Defendants have not filed any response. Accordingly, the Court will hold a Status Conference on **Tuesday, March 17, 2020 at 2:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall meet and confer prior to the conference to attempt to resolve this without Court intervention and shall file a status letter by **March 10, 2020**.

    **SO ORDERED.**

Dated: February 4, 2020
       New York, New York

                                        *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                      United States Magistrate Judge