**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SHIQIANG GAO,                                              :
*On behalf of himself and on behalf of others*             :
*similarly situated*,                                      :     18-CV-6442 (GBD) (OTW)
                                    Plaintiff,             :
                                                           :     **ORDER**
            -against-                                      :
                                                           :
A CANAAN SUSHI INC., et al.,                               :
                                                           :
                                    Defendants.            :
------------------------------------------------------------x

     **ONA T. WANG, United States Magistrate Judge:**

The Status Conference initially scheduled for March 17, 2020 is hereby adjourned to

Tuesday, April 7, 2020 at 2:30 p.m.

     **SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: March 12, 2020 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |