```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHIQIANG GAO,                                       :
On behalf of himself and on behalf of others        :
similarly situated,                                 :            18-CV-6442 (GBD)
                                    Plaintiff,     :
                                                    :                 ORDER
            -against-                               :
                                                    :
A CANAAN SUSHI INC., et al.,                        :
                                                    :
                                    Defendants.     :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The April 7, 2020 2:30 pm status conference is **adjourned *sine die*.** Defendants' counsel is directed to file a response to Plaintiff's letter motion to compel (ECF 41) and status letter (ECF 44) by **April 7, 2020**.

The Court notes that Plaintiff's letter motion to compel (ECF 41) states that Defendants already provided a mailing list of five current and former employees to Plaintiff. The instant motion seeks an order compelling the production of more names and permission to publicize "the notice via email, social media chat, and up to the (10) social media sites of the Plaintiff's choosing, or[,] alternatively[,] conspicuous posting and newspaper publication of the notice at the Defendants' Expenses [sic]." (ECF 41). The Court questions whether a motion to compel further mailing lists and publication of notice is a prudent use of judicial and legal resources in light of the COVID-19 pandemic. *See, e.g.*, *Art Ask Agency v. The Individuals, Corps, LLCs, P'ships, & Unincorporated Associations Identified on Schedule A Hereto*, No. 20-cv-1666, ECF 27 (N.D. Ill Mar. 18, 2020).

The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is hereby ordered that parties and counsel shall conduct work remotely. This includes, but is not limited to, client meetings, work meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via email or mail).

Nothing in this Order prevents the parties from seeking to further modify the pretrial schedule in light of the COVID-19 pandemic (or for any other good cause). Before seeking such relief, the parties must, as always, meet and confer (via remote means) in a good faith effort to reach agreement on how best to fulfill the goals of Rule 1 while avoiding unnecessary health risks. If any party or counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, they may email Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte*.

**SO ORDERED.**

Dated: March 26, 2020　　　　　　　　　　　　　　　　　　_s/ Ona T. Wang_
　　　New York, New York　　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge