**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SHIQIANG GAO,
*On behalf of himself and on behalf of others similarly situated*,

                Plaintiff,

        -against-

A CANAAN SUSHI INC., et al.,

                Defendants.

------------------------------------------------------------x

18-CV-6442 (GBD) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

This Court is in receipt of ECF 66. As stated in this Court's September 22, 2021 Order (ECF 65), discovery is open until October 29, 2021 for the limited purpose of completing depositions. By **October 15, 2021**, the parties are directed to file detailed deposition schedules for all depositions to be completed by October 29, 2021.

**Any witness not scheduled and identified on the filing on October 15, 2021 will not be deposed.** Because Plaintiff is unavailable to be deposed in person, defense counsel should arrange for Plaintiff to be deposed remotely.

For any remaining disputes related to depositions, the parties must file a letter by October 7, 2021, or those disputes will be deemed waived.

The Court takes no position on whether Plaintiff's presence is required for the Plaintiff to properly litigate his case but notes that Plaintiff cites non-analogous Second Circuit law from 1955. The Court invites Defendants to brief the issue.[1]

**SO ORDERED.**

Dated: October 1, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

---

[1] The Court also notes that Defendants failed to comply with ECF 60.