UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| SHIQIANG GAO, | : | |
| Plaintiff, | : | |
| | : | 18-CV-6442 (GBD) (OTW) |
| -against- | : | |
| | : | |
| A CANAAN SUSHI INC., et al., | : | |
| | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| SHIQIANG GAO, | : | |
| Plaintiff, | : | |
| | : | 21-CV-6959 (GBD) (OTW) |
| -against- | : | |
| | : | **ORDER** |
| A CANAAN SUSHI 168, Inc., et al., | : | |
| | : | |
| Defendants. | : | |

---

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to appear for a post-discovery status conference on **October 6, 2022 at 10:30am** in Courtroom 20D at 500 Pearl Street, New York, NY 10007. The parties are directed to separately file agendas three days before the conference (October 3, 2022) and be prepared to discuss how they intend to move these cases forward.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: August 10, 2022
New York, New York