**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
SHIQIANG GAO,                                               :
                          Plaintiff,                        :
                                                            :    18-CV-6442 (GBD) (OTW)
           -against-                                        :
                                                            :
A CANAAN SUSHI INC., et al.,                                :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------x

SHIQIANG GAO,                                               :
                          Plaintiff,                        :
                                                            :    21-CV-6959 (GBD) (OTW)
           -against-                                        :
                                                            :    ORDER
A CANAAN SUSHI 168, Inc., et al.,                           :
                                                            :
                          Defendants.                       :
                                                            :
```

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Pre-Settlement Conference Scheduling Call this **Thursday on February 2, 2023, at 3:00 p.m.** Counsel for Defendants is directed to dial-in at **3:00 p.m.**

Counsel for Plaintiff is directed to dial-in at **3:30 p.m.**

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: January 31, 2023                                **Ona T. Wang**
New York, New York                               United States Magistrate Judge