```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SHIQIANG GAO,                                              :
                          Plaintiff,                       :
                                                           :      18-CV-6442 (GBD) (OTW)
              -against-                                    :
                                                           :
A CANAAN SUSHI INC., et al.,                               :
                                                           :
                          Defendants.                      :
                                                           :
-----------------------------------------------------------x
SHIQIANG GAO,                                              :
                          Plaintiff,                       :
                                                           :      21-CV-6959 (GBD) (OTW)
              -against-                                    :
                                                           :      SCHEDULING ORDER
A CANAAN SUSHI 168, Inc., et al.,                          :
                                                           :
                          Defendants.                      :
                                                           :
```

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold an in-person Settlement Conference on **April 20, 2023, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VI upon receipt of this Scheduling Order. The parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by **April 13, 2023**.

SO ORDERED.

Dated: February 2, 2023  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge