**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

| | | |
|---|---|---|
| SHIQIANG GAO, | : | |
| Plaintiff, | : | |
| | : | 18-CV-6442 (GBD) (OTW) |
| -against- | : | |
| | : | |
| A CANAAN SUSHI INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

-------------------------------------------------------x

| | | |
|---|---|---|
| SHIQIANG GAO, | : | |
| Plaintiff, | : | |
| | : | 21-CV-6959 (GBD) (OTW) |
| -against- | : | |
| | : | **ORDER** |
| A CANAAN SUSHI 168, Inc., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff Shiqiang Gao shall be permitted to attend the Settlement Conference scheduled for **April 20, 2023**, virtually. (ECF 87). Plaintiff refers to their prior filing of a motion to testify remotely at trial (ECF 84) as a motion to appear virtually at the Settlement Conference (ECF 87). This Order applies to the Settlement Conference only.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: April 18, 2023
New York, New York