UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SHIQIANG GAO, *on behalf of himself and others similarly situated*,

                              Plaintiff,

                    -against-

A CANAAN SUSHI INC. *d/b/a* CANAAN SUSHI, JIA ZHUANG WANG, and "JANE" WANG,

                            Defendants.
------------------------------------- x

ORDER

18 Civ. 6442 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

    All counsel in the above-captioned case are directed to appear before this Court on July 9, 2024, at 11:30 a.m. for a pretrial conference.

Dated: New York, New York
         May 29, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge