# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324  troylaw@troypllc.com  Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

September 10, 2024

**SO ORDERED:**

*[signature]*

George B. Daniels, U.S.D.J.

Dated: SEP 11 2024

**Via ECF**
Hon. George B Daniels, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Joint Request for Extension of Time to File Trial Motions**
    *Gao v. A Canaan Sushi Inc.*, **No. 18-cv-06442 (GBD) (OTW)**

Your Honor,

This office represents the Plaintiff in the above-referenced matters. We write respectfully and jointly with Defendants to respectfully request a one-week adjournment to the briefing schedule. This is the parties' first request and the one-week adjournment will not prejudice either party or affect the conference currently set before the Court on October 30, 2024 at 10:00 a.m.

The adjourned briefing schedule is as follows:

- Opening due on September 17, 2024,
- Opposition due on October 4, 2024, and
- Reply due on October 17, 2024

We apologize for the late request for adjournment of time and thank the Court for its attention to and consideration of this matter.

Respectfully submitted,
TROY LAW, PLLC

*/s/ Aaron Schweitzer*
Aaron Schweitzer
*Attorney for Plaintiff*

cc: via ECF
    all counsel of record
    *JT/mh*