UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SHIQIANG GAO, *on behalf of himself and others similarly situated*,

                    Plaintiff,

    -against-

A CANAAN SUSHI INC. *d/b/a* CANAAN SUSHI, JIA ZHUANG WANG, and "JANE" WANG,

                    Defendants.

------------------------------------------------------------x

ORDER

18 Civ. 6442 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

    Plaintiff is directed to submit written proof, on or before February 14, 2025, that Plaintiff is willing, ready, and financially able to handle the expenses and logistics required to travel to Hong Kong to provide remote testimony at trial, should the Court allow it. This written submission shall include a sworn affidavit indicating that Plaintiff has been informed of the related costs and logistics involved, including travel, accommodations, the setup of a physical location for him to provide testimony, and his willingness and ability to pay for them.

Dated: New York, New York
       October 30, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge